IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00104-BNB

CHRIS TILLOTSON,

Plaintiff,

v.

OFFICER MICHAEL HAWKENS,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff Chris Tillotson initiated this action by filing *pro se* a letter to the Court stating that he is incarcerated and that he intends to pursue a civil case against Defendant. In an order filed on January 21, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Tillotson to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Tillotson to file a Prisoner Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Tillotson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Tillotson has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's January 21 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 4 day of March, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00104-BNB

Chris Tillotson
Prisoner No. 200700011209
Arapahoe County Detention Facilities
P.O. Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/4/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk