**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00104-LTB

CHRIS TILLOTSON,

    Plaintiff,

v.

OFFICER MICHAEL HAWKENS,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's request to review this case, which he makes in a letter to the Court (ECF No. 6) filed on September 2, 2014, is DENIED because the instant action was dismissed by order filed on March 4, 2009, and Plaintiff presents no argument or authority that would justify further review.

Dated:  September 3, 2014